442 A.2d 336

Commonwealth v. Gilchrist, Appellant.

Argued May 11, 1981. Alan L. Director, for appellant; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.